James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Fascimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILLES COHEN, individually and on behalf of all others similary situated, <br><br> Plaintiff, <br><br> v. <br><br> SUBARU CORPORATION, SUBARU OF AMERICA, INC., DENSO CORPORATION, and DENSO INTERNATIONAL OF AMERICA, INC., <br><br> Defendants. | Civil Action No.: 1:20-CV-08442-JHR-AMD <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Chirali V. Patel, an attorney with the law firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., and who is admitted to practice before this Court, enters her appearance as counsel for plaintiffs in the above-captioned matter. The Clerk of this Court is respectfully requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other court documents in this proceeding to the undersigned counsel.

Dated: March 19, 2021              Respectfully submitted,

                                   CARELLA, BYRNE, CECCHI,
                                   OLSTEIN, BRODY & AGNELLO, P.C.

684208v1

By:      _/s/ Chirali V. Patel_____
Chirali V. Patel
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: cpatel@carellabyrne.com

684208v1