| | |
|---|---|
| Jose L. Linares<br>Mark M. Makhail<br>**McCARTER & ENGLISH, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444 | Daniel R. W. Rustmann (*pro hac vice*)<br>**BUTZEL LONG, P.C.**<br>150 West Jefferson Ave.<br>Suite 100<br>Detroit, MI 48226<br>Telephone: (313) 225-7000 |
| Kristofor T. Henning<br>**McCARTER & ENGLISH, LLP**<br>1600 Market St.<br>Suite 3900<br>Philadelphia, PA 19103<br>Telephone: (215) 979-3800 | Sheldon H. Klein (*pro hac vice*)<br>**BUTZEL LONG, P.C.**<br>41000 Woodword Ave.<br>Stoneridge West Bldg.<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 258-1616 |
| *Attorneys for Defendant*<br>*Denso International America, Inc.* | *Attorneys for Defendant*<br>*Denso International America, Inc.* |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILLES COHEN, *et al.*,<br><br>                                Plaintiffs,<br><br>v.<br><br>SUBARU CORPORATION, *et al.*,<br><br>                                Defendants. | Civil Action No. 1:20-cv-08442-JHR-AMD<br><br>**NOTICE OF DEFENDANT DENSO INTERNATIONAL AMERICA, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

TO: All Counsel of Record (via ECF)

      **PLEASE TAKE NOTICE** that, on June 21, 2021, Defendant Denso International America, Inc. ("Defendant") will move before this Court at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 5D, Camden, NJ 08101, before United States District Court Judge Joseph H. Rodriguez, for the entry of an Order dismissing this action against Defendant pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Defendant shall rely upon the accompany memorandum of law, the Appendix of Supporting law annexed thereto, and Declaration of Jose L. Linares.

**PLEASE TAKE FURTHER NOTICE** that Defendant submits herewith a Proposed Form of Order granting Defendant's Motion.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Stipulation and Order Setting Schedule for Amendment of Complaint and Response Thereto (ECF No. 30), Plaintiffs' Opposition to this Motion shall be filed on or before May 6, 2021, and Defendant's Reply to Plaintiffs' Opposition shall be filed on or before June 7, 2021.

Dated: March 22, 2021

/s/ *Jose L. Linares*_____
Jose L. Linares
Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

Kristofor T. Henning
**McCARTER & ENGLISH, LLP**
1600 Market St.
Suite 3900
Philadelphia, PA 19103
Telephone: (215) 979-3800

Daniel R. W. Rustmann (*pro hac vice*)
**BUTZEL LONG, P.C.**
150 West Jefferson Ave.
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7000

Sheldon H. Klein (*pro hac vice*)
**BUTZEL LONG, P.C.**
41000 Woodword Ave.

2

Stoneridge West Bldg.
Bloomfield Hills, MI 48304
Telephone: (248) 258-1616

*Attorneys for Defendant*
*Denso International America, Inc.*