Jose L. Linares
Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

Kristofor T. Henning
**McCARTER & ENGLISH, LLP**
1600 Market St.
Suite 3900
Philadelphia, PA 19103
Telephone: (215) 979-3800

*Attorneys for Defendant
Denso International America, Inc.*

Daniel R. W. Rustmann (*pro hac vice*)
**BUTZEL LONG, P.C.**
150 West Jefferson Ave.
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7000

Sheldon H. Klein (*pro hac vice*)
**BUTZEL LONG, P.C.**
41000 Woodword Ave.
Stoneridge West Bldg.
Bloomfield Hills, MI 48304
Telephone: (248) 258-1616

*Attorneys for Defendant
Denso International America, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GILLES COHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-08442-JHR-AMD<br><br>**DECLARATION OF JOSE L. LINARES IN SUPPORT OF DEFENDANT DENSO INTERNATIONAL AMERICA, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

I, Jose L. Linares, being of full age, hereby declare as follows:

1. I am an attorney at law of the State of New Jersey, a member of good standing of the bar of this Court, and a partner with the law firm of McCarter & English, LLP, counsel for Defendant Denso International America, Inc. ("Defendant").

2. I make this Declaration on my personal knowledge in support of Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

3. Attached to Defendant's Memorandum of Law in support of its Motion to Dismiss is an Appendix of Supporting Legal Authority, **Exhibit A.**

I certify that, to the best of my knowledge, the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: March 22, 2021

/s/ *Jose L. Linares*
Jose L. Linares
Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

Kristofor T. Henning
**McCARTER & ENGLISH, LLP**
1600 Market St.
Suite 3900
Philadelphia, PA 19103
Telephone: (215) 979-3800

Daniel R. W. Rustmann (*pro hac vice*)
**BUTZEL LONG, P.C.**
150 West Jefferson Ave.
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7000

Sheldon H. Klein (*pro hac vice*)
**BUTZEL LONG, P.C.**
41000 Woodword Ave.
Stoneridge West Bldg.
Bloomfield Hills, MI 48304
Telephone: (248) 258-1616

*Attorneys for Defendant*
*Denso International America, Inc.*