## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that Defendant Denso International America, Inc.'s attached Motion to Dismiss, along with all attachments thereto, was served on all counsel of record by way of the Court's electronic filing system.  A courtesy copy has been forwarded to Hon. Joseph H. Rodriguez, U.S.D.J. via e-mail.


Dated: March 22, 2021                                         <u>/s/</u> Jose L. Linares
                                                             Jose L. Linares
                                                             **McCARTER & ENGLISH, LLP**
                                                             Four Gateway Center
                                                             100 Mulberry Street
                                                             Newark, NJ 07102
                                                             Telephone: (973) 622-4444