UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILLES COHEN, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>SUBARU CORPORATION, *et al.*,<br><br>                    Defendants. | Civil Action No. 1:20-cv-08442-JHR-AMD<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been opened before the Court by way of Defendant Denso International America, Inc.'s ("Defendant") Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted; and the Court having considered the papers in support and in opposition to Defendant's Motion, if any; and for good cause shown:

**IT IS** on this _____ day of _____, 2021 hereby

**ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint is hereby **GRANTED**; and it is further

**ORDERED** that this action is hereby **DISMISSED** as to Defendant Denso International America, Inc.

**SO ORDERED.**

_____
Hon. Joseph H. Rodriguez, U.S.D.J.