# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILLES COHEN, JOHN MICKLO, MUHAMMAD ADNAN, DONNY WOO, BENJAMIN MOORE, MARY LOU PLANTE, MEREDITH MEIN DE VERA, DAN ROSENTHAL, IGOR KRAVCHENKO, ALEXANDRA EFANTIS, BLAISE FONTENOT, KATHERINE MUTSCHLER, JACQUELINE FERGUSON, BENJAMIN CHRISTENSEN, JENNIFER LILLEY, STEVEN BIONDO, CHANTEL NELSON, JACQUELINE BROCKMAN, MARTY BROWN, CHRISTINE KING, and KEVIN KING, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC., *et al.*<br><br>                            Defendants. | Case No.: 1:20-cv-08442-JHR-AMD<br><br>**ORDER** |

**AND NOW**, upon consideration of the motion to dismiss filed by Defendant Subaru of America, Inc. ("Subaru") [Dkt. 80], and for the reasons set forth in the opinion accompanying this Order, the Court hereby **ORDERS** that Subaru's motion is **GRANTED IN PART AND DENIED IN PART** as follows:

| Breach of Implied Warranty of Merchantability | | |
|---|---|---|
| **Plaintiff(s)** | **State (Count)** | **Decision** |
| Anderson, Adnan, Bancod-Hile, Cohen, Brockman, Brown, Gardener, | Multiple | Motion denied (no confirmation by Subaru of the defect) |

1

| | | |
|---|---|---|
| Karrat, Kravchenko, Lilley, Mein de Vera, Micklo, Moore, Nelson, Oakley, Plante, Whitley, and Woo | | |
| Multiple | Cal. (Count XVII), Fl. (Count XXII), N.Y. (Count XXXIX), Tenn. (Count LI), Wash. (Count LVIII) | Motion denied (lack of privity) |
| Griffin | Ala. (Count XI) | Motion granted (no manifestation of Defect) |
| Oakley | Ala. (Count XI) | Motion granted (pre-suit notice) |
| Whitley | Ala. (Count XI) | Motion granted (pre-suit notice) |
| Mein De Vera | Ark. (Count XIII) | Motion granted (pre-suit notice) |
| Weeks | Conn. (Count XX) | Motion granted (no manifestation of Defect) |
| Torresquintero | Conn. (Count XX) | Motion granted (no manifestation of Defect) |
| Rosenthal | Fla. (Count XXII) | Motion granted (no manifestation of Defect) |
| Sweeton | Tenn. (Count LI) | Motion granted (no manifestation of Defect) |
| Kravchenko | Ill. (Count XXVIII) | Motion granted (pre-suit notice) |
| Efantis | Md. (Count XXX) | Motion granted (no manifestation of Defect) |
| Fontenot | Md. (Count XXX) | Motion granted (no manifestation of Defect) |
| Micklo | Minn. (Count XXXIV) | Motion granted (pre-suit notice) |
| Perry | N.C. (Count XLI) | Motion granted (no manifestation of Defect) |
| Mutschler | N.J. (Count VI) | Motion granted (no manifestation of Defect) |
| Ferguson | N.J. (Count VI) | Motion granted (no manifestation of Defect) |
| Sroelov | Nev. (Count XXXVII) | Motion granted (no manifestation of Defect) |
| Christensen | Or. (Count XLIII) | Motion granted (no manifestation of Defect) |
| Biondo | R.I. (Count XLVIII) | Motion granted (no manifestation of Defect) |
| Schultz | S.C. (Count XLIX) | Motion granted (no manifestation of Defect) |
| Nelson | Tex. (Count LIII) | Motion granted (pre-suit notice) |
| Gardener | Tex. (Count LIII) | Motion granted (pre-suit notice) |
| **Common Law Fraudulent Concealment/Omission (Count II)** | | |

| State | Decision |
|---|---|
| N.J. | Motion granted (duty to disclose) |
| Ala. | Motion granted (duty to disclose) |
| Arkansas | Motion granted (duty to disclose) |
| California | Motion Granted (economic loss rule) |
| Conn. | Motion granted (duty to disclose) |
| Fla. | Motion granted (duty to disclose) |
| Ga. | Motion granted (duty to disclose) |
| Haw. | Motion denied |
| Ill. | Motion granted (duty to disclose) |
| Md. | Motion granted (duty to disclose) |
| Mass. | Motion granted (duty to disclose) |
| Minn. | Motion denied |
| Nev. | Motion granted (duty to disclose) |
| N.Y. | Motion denied |
| N.C. | Motion denied |
| Or. | Motion granted (duty to disclose) |
| Pa. | Motion granted (duty to disclose) |
| R.I. | Motion denied |
| S.C. | Motion granted (duty to disclose) |
| Tenn. | Motion denied |
| Tex. | Motion granted (duty to disclose) |
| Vt. | Motion denied |
| Wash. | Motion denied |
| Wisc. | Motion granted (economic loss rule) |

### State Consumer Protection Statute and Statutory Fraud Claims

| State(s) (Count) | Decision |
|---|---|
| Alabama Deceptive Trade Practices Act (Count X), Arkansas Deceptive Trade Practice Act (Count XII), South Carolina Unfair and Deceptive Trade Practices Act (Count XLVIII), Tennessee Consumer Protection Act (Count L) | Motion denied (state class action bars) |
| New Jersey Consumer Fraud Act (Count VI) | Motion granted (ascertainable loss as to Plaintiffs Ferguson and Mutschler) |
| Arkansas Deceptive Trade Practices Act (Count XII) | Motion Denied (actual loss) |
| Wisconsin Deceptive Trade Practices Act (Count LIX) | Motion granted (no actionable affirmative representation) |

| **Strict Product Liability (Count IV)** ||
|---|---|
| **State(s)** | **Decision** |
| N.J., Or., Wash, S.C. | Motion denied (statutory preemption) |
| N.J. | Motion granted (economic loss rule) |
| Ala. | Motion granted (economic loss rule) |
| Fla. | Motion granted (economic loss rule) |
| Cal. | Motion granted (economic loss rule) |
| M.D. | Motion denied (economic loss rule) |
| N.C. | Motion granted (claim barred by N.C. statute) |
| **Additional Arguments** ||
| **Issue (Count)** | **Decision** |
| Standing for claims asserted under the law of a state where no Plaintiff resides or purchased a vehicle. | Motion granted |
| Standing for Plaintiff Karrat (all claims) | Motion denied |
| Subject-matter jurisdiction for Magnuson-Moss Warranty Act Claims (Count I) | Motion granted |
| Breach of Contract (Count III) | Motion denied |
| Unjust Enrichment (Count IX) | Motion granted |
| Implied covenant of good faith and fair dealing: N.J. (Count VIII), Fla. (XXXIII), Minn. (XXXV) | Motion granted |
| Whether economic loss rule bars claims for negligent recall/undertaking (Count V) | Motion granted as to Count V for negligent undertaking, denied as to negligent recall |
| Prudential mootness (all claims) | Motion denied |
| Primary jurisdiction (all claims) | Motion denied |
| Preemption of negligent recall claim (Count V) | Motion granted |

4

**SO ORDERED.**

March 10, 2022                                                                          /s/ Joseph H. Rodriguez

                                                                                           Hon. Joseph H. Rodriguez, USDJ