James E. Cecchi
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile:  (973) 994-1744
Email: jcecchi@carellabyrne.com

*Class Counsel for the Settlement Class (additional counsel on signature page)*

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 584-9393
Email: cseeger@seegerweiss.com

W. Daniel "Dee" Miles, III
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Phone: (334) 269-2343
Facsimile: (334) 954-7555
Email: Dee.Miles@BeasleyAllen.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GILLES COHEN, *et al.*, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SUBARU OF AMERICA, INC. and DENSO INTERNATIONAL OF AMERICA, INC., <br><br> Defendants. | Case No: 1:20-cv-08442-JHR-AMD |

**PLAINTIFFS' NOTICE OF MOTION FOR**
<u>**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**</u>

1

Plaintiffs, Gilles Cohen, Muhammad Adnan, Donny Woo, Benjamin Moore, Mary Lou Plante, Meredith Mein De Vera, Dan Rosenthal, Alexandra Efantis, Blaise Fontenot, John Micklo, Katherine Mutschler, Benjamin Christensen, Jennifer Lilley, Steven Biondo, Chantel Nelson, Jacqueline Ferguson, Jacqueline Brockman, Marty Brown, Christine King, Kevin King, Paula Weeks, Martin Torresquintero, Cole Sweeton, Christine Schultz, Troy Perry, Katherine Griffin, and David Sroelov ("Plaintiffs"), on behalf of themselves and the proposed Class, by and through their counsel, hereby respectfully request that the Court enter an Order, substantially in the form of the concurrently filed Proposed Final Order and Judgement:

(1) Confirming that the Class Action Settlement is fair, reasonable, and adequate, and in the best interest of the Class and is in full compliance with all applicable requirements of the Federal Rules of Civil Procedure, including but not limited to Rule 23(e), as amended, the United States Constitution (including the Due Process Clause), the Class Action Fairness Act, and any other applicable law;

(2) Granting final approval of the Class Action Settlement, including the Settlement Agreement and all exhibits thereto;

(3) Confirming that the Class meets all applicable requirements of Fed. R. Civ. P. 23(a) and (b)(3);

(4) Confirming certification of the nationwide Class for settlement purposes only;

(5) Confirming that the Class Notice is reasonable and adequate and meets all the applicable requirements of Fed. R. Civ. P. 23(a) and (b)(3);

(6) Confirming that the Class Notice was provided to governmental authorities in compliance with the Class Action Fairness Act, 28 U.S.C. § 1715(d);

(7) Finding that the Class Representatives, Gilles Cohen, Muhammad Adnan, Donny Woo, Benjamin Moore, Mary Lou Plante, Meredith Mein De Vera, Dan Rosenthal, Alexandra Efantis, Blaise Fontenot, John Micklo, Katherine Mutschler, Benjamin Christensen, Jennifer Lilley, Steven Biondo, Chantel Nelson, Jacqueline Ferguson, Jacqueline Brockman, Marty Brown, Christine King, Kevin King, Paula Weeks, Martin Torresquintero, Cole Sweeton, Christine Schultz, Troy Perry, Katherine Griffin, and David Sroelov, have adequately represented the Class for purposes of entering into and implementing the Settlement Agreement;

(8) Confirming the appointment James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C., Christopher A. Seeger of Seeger Weiss

3

LLP, and W. Daniel "Dee" Miles III of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. as Class Counsel;

(9) Overruling all objections to the Settlement;

(10) Finding that the form, content, and methods of disseminating Class Notice of the Settlement constituted the best notice practicable under the circumstances and satisfied requirements of Fed. R. Civ. P. 23(c) and the United States Constitution (including the due process clause);

(11) Finding that only those persons/entities/organizations listed on Appendix A of the Proposed Final Order and Judgment have timely and properly excluded themselves from the Class;

(12) Releasing the claims of all Class Members in accordance with the terms of the Settlement;

(13) Issuing a permanent injunction;

(14) Dismissing the Action with prejudice as provided for by the Settlement; and

(15) Issuing related relief, as appropriate

This Motion is based on the contemporaneously-filed memoranda of law in support of final approval submitted by Plaintiffs; the Joint Declaration of W. Daniel "Dee" Miles, III, James E. Cecchi, And Christopher A. Seeger, together with all exhibits attached thereto; the proposed form of the final order and final

judgment; any supplemental memoranda of law to be filed in support of final approval; and all pleadings, records, and papers on file with the Court in this action.

Dated: September 30, 2024

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

s/ *James E. Cecchi*
James E. Cecchi
Caroline F. Bartlett
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

W. Daniel "Dee" Miles, III (pro hac vice)
Demet Basar
H. Clay Barnett, III (pro hac vice)
J. Mitch Williams (pro hac vice)
Dylan T. Martin (pro hac vice)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Phone: (334) 269-2343
Email: Dee.Miles@BeasleyAllen.com
Email: Demet.Basar@BeasleyAllen.com
Email: Clay.Barnett@BeasleyAllen.com
Email:Mitch.Williams@BeasleyAllen.com
Email: Dylan.Martin@BeasleyAllen.com

Christopher Ayers
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100

>Facsimile: (973) 584-9393
>Email:  cseeger@seegerweiss.com
>Email: cayers@seegerweiss.com
>
>*Class Counsel for the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

s/ *James E. Cecchi*
James E. Cecchi
